UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL GARCIA, | No. 2:18-cv-0452-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in this civil action. He requests appointment of counsel as well as a 90-day extension of all deadlines established by the court's discovery and scheduling order (ECF No. 10). ECF No. 13. Defendant opposes the request for appointment of counsel, but does not oppose the request to modify the discovery and scheduling order. ECF No. 14.

District courts may authorize the appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir.1990); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir. 1988). In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits; and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the

legal issues involved. *Terrell*, 935 F.2d at 1017. The court cannot conclude that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate his claims amount to exceptional circumstances justifying the appointment of counsel at this time. The court will however, extend the deadlines established by the discovery and scheduling order by 90 days.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 13) is denied without prejudice to the extent he seeks appointment of counsel and granted to the extent he seeks modification of the discovery and scheduling order, as follows:

1. The parties may conduct discovery until February 22, 2019. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than December 21, 2018.

2. If plaintiff seeks leave to amend the complaint, he must file any motion to amend no later than February 22, 2019.

3. Dispositive motions shall be filed on or before May 3, 2019.

DATED: October 18, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE