STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, AZ Bar #012377
*(admitted pro hac vice)*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
EthanNelsonEsq@gmail.com

Attorneys for Defendant Corrections
Corporation of America/CoreCivic

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| Miguel A. Garcia,<br><br>                    Plaintiff,<br><br>v.<br><br>Corrections Corporation of America,<br><br>                    Defendant. | Case No. 2:18-cv-00452-JAM-EFB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY PENDING MOTION TO TRANSFER**<br><br>U.S. District Judge: John A. Mendez<br>U.S. Magistrate Judge: Edmund F. Brennan<br><br>Complaint Filed:  October 25, 2016<br>Trial Date:            None set |
|---|---|

The court, having reviewed Defendant's Motion to Stay Discovery Pending Motion to Transfer, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Stay Discovery Pending Motion to Transfer is granted.

Dated: February 13, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE